No. 163, Misc. SHAPIRO *v.* ELBAR REALTY, INC. Appeal from the Supreme Judicial Court of Massachusetts. August 23, 1961. Dismissed pursuant to Rule 60 of the Rules of this Court. Appellant *pro se.* *Edward C. Park* for appellee.

No. 1. SABINE PILOTS ASSN. ET AL. *v.* BLOOMFIELD STEAMSHIP CO. ET AL. On petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit. September 5, 1961. Dismissed pursuant to Rule 60 of the Rules of this Court. *Clarence S. Eastham* for petitioners. *Robert Eikel* for respondents.

No. 252. IN RE LOWER, ALIAS LOWE. On petition for writ of certiorari to the Supreme Court of Michigan. September 19, 1961. Dismissed pursuant to Rule 60 of the Rules of this Court. *H. Clifford Allder* for petitioner. *Paul L. Adams,* Attorney General of Michigan, and *Joseph B. Bilitzke,* Solicitor General, for the State of Michigan.